**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

|  |  |  |
|---|---|---|
| SHENIA BROWN, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 23-cv-1143 |
| vs. | ) ) | Judge Alonso |
| TITAN SECURITY, | ) ) ) | Magistrate Judge Cummings Randomly Assigned CAT 2 |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

Pursuant to this Court's May 25, 2023 Docket Entry (Dkt. 14), Plaintiff Shenia Brown and Defendant Titan Security ("Titan") (collectively, the "Parties") hereby submit this Joint Initial Status Report.

**I.  Nature of the Case**

**A. State the basis for federal jurisdiction.**

This Court has federal question jurisdiction since Plaintiff is bringing a claim under the Family and Medical Leave Act, 29 USC § 2601, et seq.

**B. Describe the nature of the claims asserted in the complaint and any counterclaims.**

Plaintiff claims that Titan interfered with her FMLA rights because when she attempted to return from FMLA leave the company did not reinstate her to the position that she held prior to taking leave. She also claims that Titan terminated her employment because she took FMLA leave.

**C. Describe the relief sought.**

Plaintiff seeks injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgement interest, and costs, including reasonable attorney fees and expert witness fees.

1

**D. State whether there has been a jury demand.**

Plaintiff made a jury demand.

**E. List the names of any parties who have not yet been served.**

All parties have been served.

**II.     Discovery and Pending Motions:**

**A. Identify any pending motions.**

There are no pending motions.

**B. Discovery and Case Management Plan.**

a) The Parties will file Rule 26(a)(1) disclosures on or before June 9, 2023.

b) The Parties will issue written discovery by June 30, 2023.

c) The Parties will complete fact discovery on or before January 1, 2024.

d) All dispositive motions must be filed by March 1, 2024.

**III.    Settlement and Referrals**

**A. State whether any settlement discussions have occurred and describe the status of any settlement discussions.**

The parties have engaged in settlement discussions but are very far apart. Because of this settlement discussions are no long pending.

**B. State whether the parties request a settlement conference at this time before this Court or the Magistrate Judge.**

The parties are too far apart for settlement discussions to be productive at this time.

**C. State whether counsel have informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and whether the parties unanimously consent to the Magistrate Judge's jurisdiction.**

The parties consent to proceed before the Magistrate.

| | |
|---|---|
| By: /s/ *Shenia Brown* <br>    Plaintiff <br><br> Shenia Brown <br> 5548 W. Adams <br> Chicago, IL 60644 <br> 312-539-7261 <br> sheniabrown78@gmail.com | By: /s/ *Matthew DiCianni* <br>    Attorney for Defendant <br><br> Jeremy Glenn <br> Matthew DiCianni <br> Cozen O'Connor <br> 123 N. Wacker Dr. <br> 18th Floor <br> Chicago, IL 60606 <br> 312-382-3119 <br> Fax: 312-382-8910 <br> jglenn@cozen.com <br> mdicianni@cozen.com |

3

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 26 day of May, 2023, a true and correct copy of the foregoing **JOINT INITIAL STATUS REPORT** was electronically filed with the Clerk of the Court using CM-ECF, which will send electronic notification of such filing to Plaintiff Shenia Brown.

*s/ Matthew DiCianni*
Matthew DiCianni